

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Commitment of Billy Dean Price

No. 06-16-00077-CV

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-16-42488). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 26, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk